SLIP OPINION



# ARKANSAS COURT OF APPEALS

DIVISION II
No. CV–15–342

| | |
|---|---|
| LYNN TALLEY<br><br>APPELLANT<br><br>V.<br><br>ARKANSAS DEPARTMENT OF HUMAN SERVICES and MINOR CHILDREN<br><br>APPELLEE | **OPINION DELIVERED** SEPTEMBER 16, 2015<br><br>APPEAL FROM THE POPE COUNTY CIRCUIT COURT<br>[NO. JV-2013-227]<br><br>HONORABLE KEN D. COKER, JR., JUDGE<br><br>AFFIRMED; MOTION TO WITHDRAW GRANTED |

**ROBERT J. GLADWIN, Chief Judge**

This appeal is from the January 16, 2015 Pope County Circuit Court order terminating appellant Lynn Talley's parental rights to her daughters, P.W. and A.W. Appellant's counsel has filed a no–merit brief pursuant to *Linker-Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), and Arkansas Supreme Court and Court of Appeals Rule 6-9(i) (2014), addressing all rulings decided adversely to appellant—including the decision to terminate—and asserting that there are no issues that would support a meritorious appeal. Counsel has also filed a motion asking to be relieved as counsel.

On May 27, 2015, the clerk of this court sent a copy of counsel's motion and brief to Ms. Talley informing her that she had the right to file pro se points for reversal. *See* Ark. Sup. Ct. R. 6-9(i)(3). The packet was sent by certified mail to Ms. Talley's last known address, which was listed in the certificate of service on the motion to withdraw. On June 8, 2015,

the certified packet was returned to the clerk's office marked "unclaimed." Appellant's counsel has no additional contact information. Ms. Talley did not file pro se points for reversal, and neither the Department of Human Services nor the attorney ad litem have filed briefs in this appeal.

Having carefully examined the record and the no-merit brief, we conclude that counsel has complied with the requirements established by the Arkansas Supreme Court for no-merit appeals in termination cases and that the appeal is wholly without merit. Accordingly, we affirm by memorandum opinion the termination of Ms. Talley's parental rights. *See In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985); Ark. Sup. Ct. R. 5-2(e) (2014). Counsel's motion to withdraw is granted.

Affirmed; motion to withdraw granted.

WHITEAKER and HOOFMAN, JJ., agree.

*Suzanne Ritter Lumpkin*, Arkansas Public Defender Commission, for appellant.

No response.